IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 2 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RALBERT SALMON, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. B-08-003 |
| § | |
| BUREAU OF IMMIGRATION AND § | |
| CUSTOMS ENFORCEMENT, § | |
| § | |
| Respondent. § | |

## OPINION & ORDER

BE IT REMEMBERED that on June 11, 2008, the Court considered Magistrate Judge's Report and Recommendation, Dkt. No. 11. The Court **DECLINED TO ADOPT** footnote 2, *id.* at 3, and footnote 7, *id.* at 9. The remainder of the Report and Recommendation, Dkt. No. 11, is hereby **ADOPTED**. This Court therefore, **DENIES** Ralbert Salmon's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Dkt. No. 1, and **GRANTS** Respondent the Bureau of Immigration and Customs Enforcement's Motion to Dismiss for Lack of Jurisdiction, Dkt. No. 8.

DONE at Brownsville, Texas on June 11, 2008.

Hilda G. Tagle
United States District Judge